## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
___

| | |
|---|---|
| JODY VASFARET, | Civil No. 10-3916 (JRT/LIB) |
| Plaintiff, | |
| v. | |
| GURSTEL, STALOCH & CHARGO, P.A., | **ORDER OF DISMISSAL** |
| Defendant. | |

___

Thomas Lyons, **LYONS LAW FIRM, P.A.**, 367 Commerce Court, Vadnais Heights, MN 55127; Trista Roy, **CONSUMER JUSTICE CENTER PA**, 367 Commerce Court, Vadnais Heights, MN 55127, for plaintiff.

Bridget Sullivan and Michael Johnson, **GURSTEL STALOCH & CHARGO, PA**, 6681 Country Club Drive, Golden Valley, MN 55427, for defendant.

This matter is before the Court on the stipulation of dismissal filed by the parties on January 28, 2011 [Docket No. 15].

**IT IS HEREBY ORDERED** that the Complaint against the defendants, shall be, and herewith is, **DISMISSED WITH PREJUDICE**, without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 1, 2011
at Minneapolis, Minnesota.

                                                                    s/ John R. Tunheim
                                                     JOHN R. TUNHEIM
                                             United States District Judge